# EXHIBIT 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

United States of America
v.
ALEX JARED ZWIEFELHOFER and
CRAIG AUSTIN LANG

Defendant

Case No. 2:19-mj- 1098-NPM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CRAIG AUSTIN LANG,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Violence; Interference with Commerce by Violence; |
| 18 U.S.C. §§ 924(c)(1)(A)(iii), (j)(1) and (o) | Conspiracy to Use a Firearm During a Crime of Violence; Use and Discharge of a Firearm During and in Relation to a Crime of Violence which Resulted in the Death of a Person |

Date: 8-15-19

Issuing officer's signature

City and state: Fort Myers, Florida

Nicholas P. Mizell, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
*(city and state)*

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL
Date: _____
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: _____
DEPUTY CLERK

Arresting officer's signature

Printed name and title