# EXHIBIT 4



Photograph from Zhang's Facebook account posted on 12-21-2019



Photograph from Virginia Identification Card taken on 08-31-2018

EXHIBIT 4



Photograph from Arizona Driver's License photograph dated 01-31-2017