# EXHIBIT 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ALEX JARED ZWIEFELHOFER and<br>CRAIG AUSTIN LANG<br><br>_____<br>Defendant | )<br>)  Case No.  2S:19-cr-150-FtM-38MRM<br>)<br>)<br>)<br>) |

*RECEIVED U.S. MARSHAL MIDDLE DIST. OF FLORIDA FORT MYERS 2019 DEC -5 AM 9:00*

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CRAIG AUSTIN LANG                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☒ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 - 18 U.S.C. § 1951(a) - Conspiracy to Interfere with Commerce by Violence; Ct. 2 - 18 U.S.C. § 1951(a) - Interference with Commerce by Robbery; Ct. 3 - 18 U.S.C. §§ 924(c)(1)(A)(iii), (o) - Conspiracy to Use a Firearm During a Crime of Violence; Ct 4. - 18 U.S.C. §§ 924(c)(1)(A)(iii), (j) - Use and Discharge of a Firearm During and in Relation to a Crime of Violence which resulted in the Death of a Person; Ct. 5 - 18 U.S.C. § 956(a)(1) - Conspiracy to Kill, Kidnap, or Maim Persons in a Foreign Country; Ct. 6 - 18 U.S.C. § 960 - Violation of the Neutrality Act.

Date:   12/04/2019                                                    _____
                                                                                                    *Issuing officer's signature*

City and state:   Fort Myers, Florida                           Elizabeth Warren, U.S. District Clerk
                                                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date:   _____                              _____
                                                                       *Arresting officer's signature*

                                                                       _____
                                                                       *Printed name and title*