UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN THE MATTER OF THE REQUEST
FOR EXTRADITION OF
CRAIG AUSTIN LANG    Case No. 2:19-mc-00019-JES-KCD

## NOTICE OF STATUS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to its Endorsed Order, Doc. 4, requesting a status of the matter, that the extradition of Craig Austin Lang from the country of Ukraine remains pending, on appeal, before the European Court of Human Rights, in Application number 49134/20. As a result, it is respectfully requested that the Matter of the Request for Extradition of Craig Austin Lang remain open.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:  /s/ *Jesus M. Casas*
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone:  (239) 461-2200
Facsimile:  (239) 461-2219
E-mail: jesus.m.casas@usdoj.gov