UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN THE MATTER OF THE REQUEST
FOR EXTRADITION OF
CRAIG AUSTIN LANG                  Case No. 2:19-mc-00019-JES-KCD

## NOTICE OF STATUS

      The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to its Endorsed Order, Doc. 6, requesting a status of the matter, that the extradition of Craig Austin Lang from the country of Ukraine, on appeal before the European Court of Human Rights, in Application number 49134/20, was denied on November 9, 2023. The judgment will not become final until three months after the date of the judgment, unless Craig Austin Lang files a referral to the Grand Chamber (of the European Court of Human Rights) within three months after the date of the judgment. As a result, it is respectfully requested that the Matter of the Request for Extradition of Craig Austin Lang remain open.

                                        Respectfully submitted,

                                        ROGER B. HANDBERG
                                        United States Attorney

                    By:   */s/ Jesus M. Casas*
                          Jesus M. Casas
                          Assistant United States Attorney
                          Chief, Fort Myers Division
                          2110 First Street, Suite 3-137
                          Ft. Myers, Florida 33901
                          Telephone:  (239) 461-2200

Facsimile: (239) 461-2219
E-mail: jesus.m.casas@usdoj.gov